UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Thomas C. Pfeiffer, <br>     Debtor <br><br> Darlene P. Pfeiffer, <br>     Co-Debtor <br><br><br> SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust, <br>     Movant <br> v. <br><br> Thomas C. Pfeiffer <br> Darlene P. Pfeiffer <br> Scott F. Waterman- Trustee, <br>     Respondents | CASE NO.: 21-10280-pmm <br><br> CHAPTER 13 <br><br> Judge: Patricia M. Mayer <br><br> Hearing Date: April 20, 2021 at 10:00am <br><br> April 20, 2021 at 10:00am <br><br><br><br> Objection Deadline: |

**ORDER**

AND NOW, this __20th__ day of __April__ , 2021, upon the motion of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust  (hereafter "Movant")

ORDERED AND DECREED that Movant (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362, relief from co-debtor stay of 11 U.S.C. §1301 and for In Rem/Prospective Relief to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 624 Hopewell Street, Birdsboro, PA 19508; and it is

ORDERED AND DECREED that Movant is granted relief from the stay of 11 U.S.C. §362 to proceed with its mortgage foreclosure action and Sheriff's Sale (and all other rights under state and federal law) concerning the Property; and it is

FURTHER ORDERED and DECREED that automatic stay under 11 USC §362 with regard to the Property (and Debtor and any Co-Debtor) shall not arise as to Movant in this Bankruptcy or any other Bankruptcy filed within 180 days from the date the instant case is either dismissed or otherwise terminated; and it is

FURTHER ORDERED and DECREED that Movant may record this Order in the same fashion as an interest or lien may be recorded under state law, pursuant to 11 USC §362(d)(4), and from the date of recording no automatic stay shall arise under any provision of the Bankruptcy Code as to Movant with regard to the Property and Debtor for a period of two years from the date of this Order; and it is

FURTHER ORDERED and DECREED that the 14-day stay pursuant to Rule 4001(a)(3) is hereby waived and Debtor will not be considered current with Movant at the conclusion of the instant case. The fees and costs set forth in this Motion shall be paid by Debtor and be due and payable under the terms of the Note and Mortgage.

**BY THE COURT:**

*Patricia M. Mayer*

_____

**U.S.B.J**.